**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
A&A MAINTENANCE ENTERPRISE, INC.,
                Petitioner,

      -against-

ALVIN RAMNARAIN, as president of Local
1102, Trail Wholesale and Department Store
Union, United Food and Commercial Workers,
                Respondent.
-----------------------------------------------------------X

19 **CIVIL** 3144 (VB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 13, 2020, Petitioner's petition to vacate the liability award dated December 22, 2018, is denied; Respondent's cross-petition to confirm the liability award dated December 22, 2018, and the relief award dated April 29, 2019, is granted; accordingly, respondent is entitled to a judgment against petitioner in the sum of $1,702.263.81 as per the relief award dated April 19, 2019; Judgment is hereby entered in favor of respondent against the petitioner in the sum of $1,702,263.81, and this case is closed.

**Dated**: New York, New York
         January 14, 2020

                                  RUBY J. KRAJICK
                                      Clerk of Court
BY:
                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/17/2020